(126 So. 616)

## HUNDLEY v. CITY OF HUNTSVILLE.

### 8 Div. 867.

Court of Appeals of Alabama.
March 4, 1930.

Watts & White, of Huntsville, for appellant.

Jas. H. Pride, of Huntsville, for appellee.

SAMFORD, J.

Defendant was charged with the violation of a city ordinance, and, on judgment being rendered against him in the circuit court on appeal from the recorder's court, he appeals.

This is a quasi criminal cause, in which assignments of error must conform to rule 1 of the Supreme Court. There is no such conformity, and the judgment is affirmed. Childs v. City of Birmingham, 19 Ala. App. 71, 94 So. 790; Casteel v. City of Decatur, 215 Ala. 4, 109 So. 571.

Affirmed.